## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-22798-BB

Plaintiff:
**JOHNNY L. PARTIDAS OLMEDO**

vs.

Defendant:
**CLEANER'S GURU LLC, a Florida Limited Liability Company d/b/a TOTAL G TELECOM, and RAFAEL E. HERNANDEZ, Individually,**

For:
PEREGONZA THE ATTORNEYS
5201 BLUE LAGOON DRIVE SUITE 290
MIAMI, FL 33126

Received by Magic City Process Service, LLC on the 27th day of July, 2023 at 9:37 pm to be served on **CLEANER'S GURU LLC D/B/A TOTAL G TELECOM BY SERVING RAFAEL E. HERNANDEZ AS REGISTERED AGENT, 4300 BISCAYNE BLVD, STE 203, MIAMI, FL 33137**.

I, JOSEPH R. DION, do hereby affirm that on the **31st day of July, 2023** at **12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **NAOMI OROSCO** as **DESIGNATED AGENT** for **CLEANER'S GURU LLC D/B/A TOTAL G TELECOM**, at the address of: **4300 BISCAYNE BLVD, STE 203, MIAMI, FL 33137**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 160, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

**JOSEPH R. DION**
2259

**Magic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
**(786) 539-7227**

Our Job Serial Number: MGS-2023005374

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n