## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 23-cv-22798-BLOOM/Otazo-Reyes

JOHNNY L. PARTIDAS OLMEDO,

     Plaintiff,

v.

CLEANER'S GURU LLC, *a Florida
Limited Liability Company d/b/a*
TOTAL G TELECOM, *and*
RAFAEL E. HERNANDEZ,
*individually*,

     Defendants.

_____/

### ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on July 27, 2023, ECF No. [1]. A summons was issued as to Defendant Cleaner's Guru LLC ("Defendant") on July 27, 2023. ECF No. [3]. Service of the summons and Complaint was executed on Defendant on July 31, 2023, setting a response deadline of **August 21, 2023**. ECF No. [5]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

1.    Defendant must file a response to the Complaint by or before **August 29, 2023**.

2.    If Defendant fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **September 5, 2023**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the

Case No. 23-cv-22798-BLOOM/Otazo-Reyes

address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

3.      Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 22, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Cleaner's Guru LLC
D/B/A Total G Telecom
C/O Naomi Orosco
4300 Biscayne Blvd, Ste 203
Miami, FL 33137