UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-22798-BLOOM/Otazo-Reyes**

JOHNNY L. PARTIDAS OLMEDO,

    Plaintiff,

v.

CLEANER'S GURU LLC, *a Florida Limited Liability Company d/b/a* TOTAL G TELECOM, *and* RAFAEL E. HERNANDEZ, *individually*,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on July 27, 2023, ECF No. [1]. A summons was issued as to Defendant Rafael E. Hernandez ("Defendant") on July 27, 2023. ECF No. [3]. Service of the summons and Complaint was executed on Defendant on August 10, 2023, setting a response deadline of **August 31, 2023**. ECF No. [6]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendant must file a response to the Complaint by or before **September 8, 2023**.

2. If Defendant fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **September 15, 2023**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the

Case No. 23-cv-22798-BLOOM/Otazo-Reyes

address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

3. Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 1, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Rafael E. Hernandez
3332 Torremolinos Ave
Doral, FL 33178