UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-22798-BB

**JOHNNY L. PARTIDAS OLMEDO**,

    Plaintiff,

v.

**CLEANER'S GURU LLC**, a Florida Limited
Liability Company d/b/a TOTAL G TELECOM,
and **RAFAEL E. HERNANDEZ**, Individually,

    Defendants.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S
DEFAULT AGAINST CLEANER'S GURU LLC**

    Plaintiff JOHNNY L. PARTIDAS OLMEDO ("Plaintiff"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. Rule 55, hereby moves for entry of the Clerk's default against Defendant CLEANER'S GURU LLC, a Florida limited liability company ("Defendant"), for failure to timely respond to Plaintiff's Complaint [ECF No. 1].

    On July 31, 2023, Defendant was served with a Summons and Complaint in accordance with the requirements of Fed. R. Civ. P. 5(b) [ECF No. 5]. On August 22, 2023, the Court entered its Order on Default Procedures instructing Plaintiff to move for entry of the Clerk's default by or before September 5, 2023 in the event that Defendant failed to respond to Plaintiff's Complaint by or before August 29, 2023. As of the date of this Motion's filing, no paper, answer, or other pleading has been served upon Plaintiff or Plaintiff's counsel on Defendant's behalf.

WHEREFORE, Plaintiff respectfully moves for the Clerk's entry of default against Defendant.

Dated: September 5, 2023.    Respectfully submitted,

/s/ P. Brooks LaRou
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Florida Bar No. 115784
juan@peregonza.com
P. Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive, Suite 290
Miami, Florida 33126
Telephone: (786) 650-0202
Facsimile: (786) 650-0200
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>September 5, 2023</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document as well as this Court's Order on Default Procedures [ECF No. 7] are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner (USPS First-Class Mail) for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ P. Brooks LaRou</u>
P. Brooks LaRou, Esq.

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-22798-BB

Nathaly Saavedra, Esq.
Florida Bar No. 118315
Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Florida Bar No. 115784
Email: juan@peregonza.com
P. Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive, Suite 290
Miami, Florida 33126
Telephone: (786) 650-0202
Facsimile: (786) 650-0200
*Counsel for Plaintiff*


CLEANER'S GURU LLC
c/o Rafael E. Hernandez, Registered Agent
4300 Biscayne Boulevard, Suite 203
Miami, Florida 33137
*Defendant*


RAFAEL E. HERNANDEZ
3332 Torremolinos Avenue
Doral, Florida 33178
*Defendant*


Method of Service: CM/ECF and U.S. Mail