**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-22798-BB

**JOHNNY L. PARTIDAS OLMEDO**,

    Plaintiff,

v.

**CLEANER'S GURU LLC**, a Florida Limited
Liability Company d/b/a TOTAL G TELECOM,
and **RAFAEL E. HERNANDEZ**, Individually,

    Defendants.
_____/

**CLERK'S DEFAULT AGAINST CLEANER'S GURU LLC**

    A default is entered in the above-styled cause against Defendant CLEANER'S GURU LLC, a Florida limited liability company, for failure to timely respond to Plaintiff's Complaint in the above-styled cause of action as required by law.

Dated on this _____ day of _____, 2023.


(SEAL)                                            CLERK OF THE CIRCUIT COURT

                                                                     As Clerk of the Court

                                                                       By: _____
                                                                       As Deputy Clerk


<u>Copies Furnished to:</u>
All Parties and Counsel of Record.