UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY L. PARTIDAS OLMEDO

PLAINTIFF(S)

v.

CLEANER'S GURU LLC, et al.,

DEFENDANT(S).

CASE NUMBER
1:23−cv−22798−BB

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Cleaner's Guru LLC**

as of course, on the date September 5, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Carlos Davis*
Deputy Clerk

cc: Judge Beth Bloom
    Johnny L. Partidas Olmedo