UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JOHNNY L. PARTIDAS OLMEDO,  Case No.: 1:23-cv-22798-BB

    Plaintiff,

v.

CLEANER'S GURU LLC, a Florida Limited
Liability Company d/b/a TOTAL G TELECOM,
and RAFAEL E. HERNANDEZ, Individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of attorneys Alyssa Castelli and Jamie L. White of Spire Law, PLLC, as counsel of record for Defendants Cleaner's Guru LLC d/b/a Total G Telecom and Rafael E. Hernandez in the above-styled cause, and request that copies of all pleadings, notices, and correspondence be directed to the attention of Spire Law, PLLC.

Dated this 6th day of September, 2023.

                        Respectfully submitted,

                        SPIRE LAW, PLLC
                        2572 W. State Road 426, Suite 2088
                        Oviedo, Florida 32765

                        By: */s/Jamie L. White*
                        Jamie L. White, Esq. (Fl. Bar No. 100018)
                        Alyssa Castelli, Esq. (Fl. Bar No. 1032306)
                        jamie@spirelawfirm.com
                        alyssa@spirelawfirm.com
                        marcela@spirelawfirm.com
                        filings@spirelawfirm.com

                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Nathaly Saavedra, Esq., Juan J. Perez, Esq. and P. Brooks LaRou, Esq., Peregonza The Attorneys, PLLC, 5201 Blue Lagoon Drive, Suite 290, Miami, Florida 33126, via email at nathaly@peregonza.com; juan@peregonza.com; brooks@peregonza.com.

                                               */s/ Alyssa Castelli*
                                               Attorney