UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY L. PARTIDAS OLMEDO,

    Plaintiff,

Case No.:    1:23-cv-22798-BB

v.

CLEANER's GURU LLC,
a Florida limited liability company,
d/b/a TOTAL G TELECOM, and
RAFAEL E. HERNANDEZ, individually,

    Defendants.
_____/

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CLEANER'S GURU LLC D/B/A TOTAL G TELECOM

THIS CAUSE is before the Court on the Motion for Leave to Withdraw as Counsel of Record for Defendant, Cleaner's Guru LLC d/b/a Total G Telecom, filed by counsel of record for Defendants on October 3, 2023 (the "Motion"). The Court, having reviewed the Motion and being fully advised in the premises, it is:

    ORDERED and ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

2.    Counsel of record for Defendant, Cleaner's Guru, LLC d/b/a Total G Telecom, including Spire Law, PLLC, Jamie L. White, Esq., and Alyssa Castelli, Esq., are hereby relieved of all duties relating to the above-captioned matter.

3.    Defendant, Cleaner's Guru, LLC d/b/a Total G Telecom, shall retain new counsel within thirty (30) days from the date of this Order.

4.    All further proceedings and Court deadlines are STAYED for thirty (30) days to allow Defendant, Cleaner's Guru, LLC d/b/a Total G Telecom, to retain new counsel.

5. To facilitate communication until such time as new counsel is retained, contact information for Defendant, Cleaner's Guru, LLC d/b/a Total G Telecom, is provided as follows:

> Cleaner's Guru LLC d/b/a Total G Telecom
> 3332 Torremolinos Ave
> Doral, FL 33178

**DONE AND ORDERED** this _____ day of _____ 2023, in Chambers of the United States District Court for the Southern District of Florida.

_____
THE HONORABLE BETH BLOOM
United States District Judge

cc: Counsel of Record