UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-22798-BLOOM/Otazo-Reyes**

JOHNNY L. PARTIDAS OLMEDO,

    Plaintiff,

v.

CLEANER'S GURU LLC, *a Florida Limited Liability Company d/b/a* TOTAL G TELECOM, *and* RAFAEL E. HERNANDEZ, *individually*,

    Defendants.

_____/

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CLEANER'S GURU LLC D/B/A TOTAL G TELECOM

**THIS CAUSE** is before the Court on counsel of record for Defendant Cleaner's Guru LLC d/b/a Total G Telecom ("Defendant") Motion for Leave to Withdraw as Counsel of Record for Defendant, Cleaner's Guru LLC d/b/a Total G Telecom, filed on October 3, 2023, ECF No. [23] ("Motion"). The Court has reviewed the Motion and is fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [23]**, is **GRANTED**.

2. Counsel of record for Defendant, Cleaner's Guru, LLC d/b/a Total G Telecom, including Spire Law, PLLC, Jamie L. White, Esq., and Alyssa Castelli, Esq., are relieved of all duties relating to the above-captioned matter.

3. Defendant, Cleaner's Guru, LLC d/b/a Total G Telecom, shall retain new counsel by **November 2, 2023**.

Case No. 23-cv-22798-BLOOM/Otazo-Reyes

4. The parties shall comply with the Court's July 31, 2023 Order requiring the filing of joint scheduling report and certificates of interested parties, as required by Local Rule 16.1, **by November 9, 2023**. ECF No. [4].

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 4, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record