UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22798-BLOOM/Otazo-Reyes

JOHNNY L. PARTIDAS OLMEDO,

    Plaintiff,

v.

CLEANER'S GURU LLC, *a Florida Limited Liability Company d/b/a* TOTAL G TELECOM, *and* RAFAEL E. HERNANDEZ, *individually*,

    Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT RAFAEL E. HERNANDEZ**

**THIS CAUSE** is before the Court on the Unopposed Motion for Leave to Withdraw as Counsel of Record for Defendant Rafael E. Hernandez ("Hernandez"), ECF No. [26] ("Motion"), filed by counsel of record for Hernandez on October 16, 2023. The Court has reviewed the Motion is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion for Leave to Withdraw as Counsel of Record for Defendant Rafael E. Hernandez, **ECF No. [26]**, is **GRANTED**.

2. Counsel of record for Hernandez, including Jamie L. White, Esq., Alyssa Castelli, Esq., and Spire Law, PLLC, are hereby withdrawn as counsel for Hernandez in the above-styled matter.

Case No. 23-cv-22798-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 16, 2023.

                                                   **BETH BLOOM**
                                                   **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Rafael E. Hernandez
3332 Torremolinos Ave
Doral, FL 33178
Phone: (786) 780-3573
Email: rafael.eh@gmail.com